**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: FINE FINISHES & RESTORATION, INC. | § | Case No. 16-18732-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 07, 2016. The undersigned trustee was appointed on June 07, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $               58,391.06

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 804.42 |
| Bank service fees | 1,148.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 56,438.44 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 10/18/2016
and the deadline for filing governmental claims was 12/04/2016.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,169.55.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,169.55, for a total compensation of $6,169.55.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date:  10/29/2017             By:/s/ILENE F. GOLDSTEIN                                              
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-18732-ABG | **Trustee:**    (330290)    ILENE F. GOLDSTEIN |
| **Case Name:**    FINE FINISHES & RESTORATION, INC. | **Filed (f) or Converted (c):**    06/07/16 (f) |
| | **§341(a) Meeting Date:**    07/14/16 |
| **Period Ending:** 10/29/17 | **Claims Bar Date:**    10/18/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 2005 chevy Express duplicate asset of #6 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 2013 Ford Transit duplicate asset #5 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking ****3720 Account at Peoples Bank, xxxxx<br>Imported from original petition Doc# 1 | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $17066. D<br>Imported from original petition Doc# 1 | 17,066.00 | 17,066.00 | | 8,184.96 | FA |
| 5 | 2013 Ford Transit. Valuation Method: Comparable<br>Imported from original petition Doc# 1  (See<br>Footnote) | 5,000.00 | 5,000.00 | | 6,750.00 | FA |
| 6 | 2005 Chevy Van. Valuation Method: Comparable sal<br>Imported from original petition Doc# 1  (See<br>Footnote) | 500.00 | 500.00 | | 1,650.00 | FA |
| 7 | Fax, copier and lap top. Valuation Method: Liqui<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Raw Materials: , , Net Book Value: 1000, Valuati<br>Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 9 | Work in progress: , , Net Book Value: 0, Valuati<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Ladders, scaffold, paints, vacuum and fans. Valu<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 1,749.00 | FA |
| 11 | Refund of Insurance Payments and/or Claims  (u) | 0.00 | 0.00 | | 10,057.10 | FA |
| **11** | **Assets    Totals (Excluding unknown values)** | **$53,916.00** | **$53,916.00** | | **$58,391.06** | **$0.00** |

RE PROP# 5    Duplicate Asset
RE PROP# 6    Duplicate Asset

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE LIQUIDATED VEHICLES FROM THE ESTATE IN ADDITION TO COLLECTING ACCOUNT RECEIVABLES. tHE
ACCOUNT RECEIVABLES HAVE NOW ALL BEEN COLLECTED. tHE TRUSTEE THIS MEETING WITH ACCOUNTANTS TO PREPARE TAX RETURNS AND WILL
THEN FILE HER FINAL REPORT ONCE THE TAX RETURNS HAVE BEEN ACCEPTED

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 16-18732-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** FINE FINISHES & RESTORATION, INC. | **Filed (f) or Converted (c):** 06/07/16 (f) |
| | **§341(a) Meeting Date:** 07/14/16 |
| **Period Ending:** 10/29/17 | **Claims Bar Date:** 10/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | June 30, 2017 | **Current Projected Date Of Final Report (TFR):** | June 30, 2017 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-18732-ABG |
| **Case Name:** | FINE FINISHES & RESTORATION, INC. |

| | |
|---|---|
| **Taxpayer ID #:** | **-***3282 |
| **Period Ending:** | 10/29/17 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/16 | | Fine Finishes | Cash in Bank | | 38,184.96 | | 38,184.96 |
| | {3} | | | 30,000.00 | 1129-000 | | 38,184.96 |
| | {4} | | | 8,184.96 | 1129-000 | | 38,184.96 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.43 | 38,168.53 |
| 08/18/16 | | Ted Bart  Richard Pietrczyk | Sale of vehicles | | 8,400.00 | | 46,568.53 |
| | {6} | | | 1,650.00 | 1129-000 | | 46,568.53 |
| | {5} | | | 6,750.00 | 1129-000 | | 46,568.53 |
| 08/31/16 | {11} | Accident Fund | Insurance reimbursement | 1221-000 | 9,200.10 | | 55,768.63 |
| 08/31/16 | {11} | Accident Fund | Insurance reimbursement | 1221-000 | 857.00 | | 56,625.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.04 | 56,560.59 |
| 09/12/16 | 101 | American Auction Associates Inc | Auctionerr Expense | 3620-000 | | 391.84 | 56,168.75 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.64 | 56,088.11 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.90 | 56,010.21 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.70 | 55,924.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.21 | 55,844.30 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.66 | 55,758.64 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.85 | 55,683.79 |
| 03/02/17 | {10} | American Auction | Sale of personal property | 1129-000 | 1,749.00 | | 57,432.79 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/02/2017 FOR CASE<br>#16-18732<br>Voided on 03/02/17 | 2300-000 | | 17.05 | 57,415.74 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/02/2017 FOR CASE<br>#16-18732<br>Voided: check issued on 03/02/17 | 2300-000 | | -17.05 | 57,432.79 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/02/2017 FOR CASE<br>#16-18732<br>Voided on 03/02/17 | 2300-000 | | 17.58 | 57,415.21 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/02/2017 FOR CASE<br>#16-18732<br>Voided: check issued on 03/02/17 | 2300-000 | | -17.58 | 57,432.79 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/02/2017 FOR CASE<br>#16-18732, Bond | 2300-000 | | 17.58 | 57,415.21 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.08 | 57,330.13 |

Subtotals :  $58,391.06   $1,060.93

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 16-18732-ABG |
| Case Name: | FINE FINISHES & RESTORATION, INC. |
| Taxpayer ID #: | **-***3282 |
| Period Ending: | 10/29/17 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******3166 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/01/17 | 105 | American Auction Assoc | Auctioneer fee | 3610-000 | | 159.00 | 57,171.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.80 | 57,094.33 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.33 | 57,004.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.99 | 56,922.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.14 | 56,842.87 |
| 08/09/17 | 106 | ILLINOIS DEPARTMENT OF REVENUE | | 2820-000 | | 236.00 | 56,606.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.85 | 56,517.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.58 | 56,438.44 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 58,391.06 | 1,952.62 | $56,438.44 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 58,391.06 | 1,952.62 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $58,391.06 | $1,952.62 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3166 | 58,391.06 | 1,952.62 | 56,438.44 |
| | $58,391.06 | $1,952.62 | $56,438.44 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 18, 2016

**Case Number:** 16-18732-ABG       Page: 1       **Date:** October 29, 2017
**Debtor Name:** FINE FINISHES & RESTORATION, INC.       **Time:** 04:08:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $6,169.55 | $0.00 | 6,169.55 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,465.50 | $0.00 | 2,465.50 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $5,180.00 | $0.00 | 5,180.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $70.07 | $0.00 | 70.07 |
| 1P<br>570 | Chicago Painters & Decorators Funds<br>c/o Andrew Pigott, Esq. - ARNOLD AND KAD<br>203 N. LaSalle, Suite 1650<br>Chicago, IL 60601 | Priority | History: Details1-109/19/2016Claim #1 filed by Chicago Painters & Decorators Funds, Amount claimed: $4101274.53 (Etzkorn, John )<br>--------------------------------------------------------------------------* * * | $172,900.60 | $0.00 | 172,900.60 |
| 1U<br>610 | Chicago Painters & Decorators Funds<br>c/o Andrew Pigott, Esq. - ARNOLD AND KAD<br>203 N. LaSalle, Suite 1650<br>Chicago, IL 60601 | Unsecured | History: Details1-109/19/2016Claim #1 filed by Chicago Painters & Decorators Funds, Amount claimed: $4101274.53 (Etzkorn, John )<br>--------------------------------------------------------------------------* * * | $3,928,373.93 | $0.00 | 3,928,373.93 |
| **<< Totals >>** | | | | 4,115,159.65 | 0.00 | 4,115,159.65 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-18732-ABG
Case Name: FINE FINISHES & RESTORATION, INC.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                              **$**            56,438.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:        $            0.00
Remaining balance:                            $         56,438.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - ILENE F. GOLDSTEIN | 6,169.55 | 0.00 | 6,169.55 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 5,180.00 | 0.00 | 5,180.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 70.07 | 0.00 | 70.07 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 2,465.50 | 0.00 | 2,465.50 |

Total to be paid for chapter 7 administration expenses:    $         13,885.12
Remaining balance:                                         $         42,553.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None             |                 |                          |                  |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $         42,553.32

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $172,900.60 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | Chicago Painters & Decorators Funds | 172,900.60 | 0.00 | 42,553.32 |

Total to be paid for priority claims: $ 42,553.32

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 3,928,373.93 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 1U | Chicago Painters & Decorators Funds | 3,928,373.93 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**                   0.00

Remaining balance:                       **$**                   0.00

**UST Form 101-7-TFR (05/1/2011)**