UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                          )
                                                )
**FINE FINISHES & RESTORATION, INC.**           )    Bankruptcy Case No. 16-18732 ABG
                                                )    Chapter 7
                                                )
Debtor(s).                                      )

### CERTIFICATE OF SERVICE

The undersigned certifies that on Novemver 21, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

FINE FINISHES & RESTORATION, INC.
PO BOX 7499
BUFFALO GROVE, IL 60089

JOHN H REDFIELD
CRANE, HEYMAN, SIMON, WELCH &
135 S. LASALLE STREET
SUITE 3705
CHICAGO, IL 60603

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

PBG Financial Services Inc
666 Dunde Road
Suite 401
Northbrook, IL 60062

        ILENE F. GOLDSTEIN
        900 Skokie Blvd
        Suite 128
        Northbrook, IL 60062

1P     Chicago Painters & Decorators Funds
       c/o Andrew Pigott, Esq. - ARNOLD AND KAD
       203 N. LaSalle, Suite 1650
       Chicago, IL 60601

1U     Chicago Painters & Decorators Funds
       c/o Andrew Pigott, Esq. - ARNOLD AND KAD
       203 N. LaSalle, Suite 1650
       Chicago, IL 60601


/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402