**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: FINE FINISHES & RESTORATION, INC.　　§　Case No. 16-18732
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned:  $350.00                    Assets Exempt:  $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $41,824.88   Claims Discharged
                                              Without Payment: $4,059,449.65

Total Expenses of Administration: $16,566.18
```

　　　3) Total gross receipts of $  58,391.06  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $58,391.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,566.18 | 16,566.18 | 16,566.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 172,900.60 | 172,900.60 | 41,824.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,928,373.93 | 3,928,373.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,117,840.71 | $4,117,840.71 | $58,391.06 |

4) This case was originally filed under Chapter 7 on June 07, 2016. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2018          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking ****3720 Account at Peoples Bank, xxxxx | 1129-000 | 30,000.00 |
| A/R 90 days old or less. Face amount = $17066. D | 1129-000 | 8,184.96 |
| 2013 Ford Transit. Valuation Method: Comparable | 1129-000 | 6,750.00 |
| 2005 Chevy Van. Valuation Method: Comparable sal | 1129-000 | 1,650.00 |
| Ladders, scaffold, paints, vacuum and fans. Valu | 1129-000 | 1,749.00 |
| Refund of Insurance Payments and/or Claims | 1221-000 | 10,057.10 |
| **TOTAL GROSS RECEIPTS** | | **$58,391.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 6,169.55 | 6,169.55 | 6,169.55 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 5,180.00 | 5,180.00 | 5,180.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 70.07 | 70.07 | 70.07 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 2,465.50 | 2,465.50 | 2,465.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.43 | 16.43 | 16.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.04 | 65.04 | 65.04 |
| Auctioneer for Trustee Expenses - American Auction Associates Inc | 3620-000 | N/A | 391.84 | 391.84 | 391.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.64 | 80.64 | 80.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.90 | 77.90 | 77.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.70 | 85.70 | 85.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.21 | 80.21 | 80.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.66 | 85.66 | 85.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.85 | 74.85 | 74.85 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 17.58 | 17.58 | 17.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.08 | 85.08 | 85.08 |
| Auctioneer for Trustee Fees (including buyers premiums) - American Auction Assoc | 3610-000 | N/A | 159.00 | 159.00 | 159.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.80 | 76.80 | 76.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.33 | 90.33 | 90.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.99 | 81.99 | 81.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.14 | 79.14 | 79.14 |
| Other - ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 236.00 | 236.00 | 236.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.85 | 89.85 | 89.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.58 | 78.58 | 78.58 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 728.44 | 728.44 | 728.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,566.18 | $16,566.18 | $16,566.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Chicago Painters & Decorators Funds | 5800-000 | N/A | 172,900.60 | 172,900.60 | 41,824.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $172,900.60 | $172,900.60 | $41,824.88 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Chicago Painters & Decorators Funds | 7100-000 | N/A | 3,928,373.93 | 3,928,373.93 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,928,373.93 | $3,928,373.93 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-18732  
**Case Name:** FINE FINISHES & RESTORATION, INC.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/07/16 (f)  
**§341(a) Meeting Date:** 07/14/16

**Period Ending:** 02/25/18

**Claims Bar Date:** 10/18/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2005 chevy Express duplicate asset of #6 | 0.00 | 0.00 | | 0.00 | FA |
| 2  2013 Ford Transit duplicate asset #5 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Checking ****3720 Account at Peoples Bank, xxxxx  Imported from original petition Doc# 1 | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 4  A/R 90 days old or less. Face amount = $17066. D  Imported from original petition Doc# 1 | 17,066.00 | 17,066.00 | | 8,184.96 | FA |
| 5  2013 Ford Transit. Valuation Method: Comparable  Imported from original petition Doc# 1  (See Footnote) | 5,000.00 | 5,000.00 | | 6,750.00 | FA |
| 6  2005 Chevy Van. Valuation Method: Comparable sal  Imported from original petition Doc# 1  (See Footnote) | 500.00 | 500.00 | | 1,650.00 | FA |
| 7  Fax, copier and lap top. Valuation Method: Liqui  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 8  Raw Materials: , , Net Book Value: 1000, Valuati  Imported from original petition Doc# 1 | 250.00 | 250.00 | | 0.00 | FA |
| 9  Work in progress: , , Net Book Value: 0, Valuati  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Ladders, scaffold, paints, vacuum and fans. Valu  Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 1,749.00 | FA |
| 11  Refund of Insurance Payments and/or Claims  (u) | 0.00 | 0.00 | | 10,057.10 | FA |
| 11  **Assets  Totals** (Excluding unknown values) | **$53,916.00** | **$53,916.00** | | **$58,391.06** | **$0.00** |

RE PROP# 5    Duplicate Asset  
RE PROP# 6    Duplicate Asset

---

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE LIQUIDATED VEHICLES FROM THE ESTATE IN ADDITION TO COLLECTING ACCOUNT RECEIVABLES. tHE ACCOUNT RECEIVABLES HAVE NOW ALL BEEN COLLECTED. tHE TRUSTEE THIS MEETING WITH ACCOUNTANTS TO PREPARE TAX RETURNS AND WILL THEN FILE HER FINAL REPORT ONCE THE TAX RETURNS HAVE BEEN ACCEPTED

STATUS: JANUARY 2018  TFRfiled 11/21/2017  Final hearing 12/15/2017  Waithig for checks to clear

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-18732  
**Case Name:** FINE FINISHES & RESTORATION, INC.

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/07/16 (f)  
**§341(a) Meeting Date:** 07/14/16  

**Period Ending:** 02/25/18

**Claims Bar Date:** 10/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2017     **Current Projected Date Of Final Report (TFR):** November 21, 2017

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-18732  
**Case Name:** FINE FINISHES & RESTORATION, INC.  
**Taxpayer ID #:** **-***3282  
**Period Ending:** 02/25/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/16 | | Fine Finishes | Cash in Bank | | 38,184.96 | | 38,184.96 |
| | {3} | | 30,000.00 | 1129-000 | | | 38,184.96 |
| | {4} | | 8,184.96 | 1129-000 | | | 38,184.96 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.43 | 38,168.53 |
| 08/18/16 | | Ted Bart  Richard Pietrczyk | Sale of vehicles | | 8,400.00 | | 46,568.53 |
| | {6} | | 1,650.00 | 1129-000 | | | 46,568.53 |
| | {5} | | 6,750.00 | 1129-000 | | | 46,568.53 |
| 08/31/16 | {11} | Accident Fund | Insurance reimbursement | 1221-000 | 9,200.10 | | 55,768.63 |
| 08/31/16 | {11} | Accident Fund | Insurance reimbursement | 1221-000 | 857.00 | | 56,625.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.04 | 56,560.59 |
| 09/12/16 | 101 | American Auction Associates Inc | Auctionerr Expense | 3620-000 | | 391.84 | 56,168.75 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.64 | 56,088.11 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.90 | 56,010.21 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.70 | 55,924.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.21 | 55,844.30 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.66 | 55,758.64 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.85 | 55,683.79 |
| 03/02/17 | {10} | American Auction | Sale of personal property | 1129-000 | 1,749.00 | | 57,432.79 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-18732 Voided on 03/02/17 | 2300-000 | | 17.05 | 57,415.74 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-18732 Voided: check issued on 03/02/17 | 2300-000 | | -17.05 | 57,432.79 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-18732 Voided on 03/02/17 | 2300-000 | | 17.58 | 57,415.21 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-18732 Voided: check issued on 03/02/17 | 2300-000 | | -17.58 | 57,432.79 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #16-18732, Bond | 2300-000 | | 17.58 | 57,415.21 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.08 | 57,330.13 |

Subtotals :     $58,391.06     $1,060.93

{} Asset reference(s)

Printed: 02/25/2018 12:15 PM     V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-18732  
**Case Name:** FINE FINISHES & RESTORATION, INC.  
**Taxpayer ID #:** **-***3282  
**Period Ending:** 02/25/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/17 | 105 | American Auction Assoc | Auctioneer fee | 3610-000 | | 159.00 | 57,171.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.80 | 57,094.33 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.33 | 57,004.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.99 | 56,922.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.14 | 56,842.87 |
| 08/09/17 | 106 | ILLINOIS DEPARTMENT OF REVENUE | | 2820-000 | | 236.00 | 56,606.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.85 | 56,517.02 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.58 | 56,438.44 |
| 01/01/18 | 107 | Illinois Department of Revenue | Payment of income taxes to the State of Illinois | 2820-000 | | 728.44 | 55,710.00 |
| 01/12/18 | 108 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $6,169.55, Trustee Compensation; Reference: | 2100-000 | | 6,169.55 | 49,540.45 |
| 01/12/18 | 109 | PBG Financial Services Inc | Dividend paid 100.00% on $2,465.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,465.50 | 47,074.95 |
| 01/12/18 | 110 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,180.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,180.00 | 41,894.95 |
| 01/12/18 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $70.07, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 70.07 | 41,824.88 |
| 01/12/18 | 112 | Chicago Painters & Decorators Funds | Dividend paid 24.19% on $172,900.60; Claim# 1P; Filed: $172,900.60; Reference: | 5800-000 | | 41,824.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 58,391.06 | 58,391.06 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 58,391.06 | 58,391.06 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $58,391.06 | $58,391.06 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3166 | 58,391.06 | 58,391.06 | 0.00 |
| | $58,391.06 | $58,391.06 | $0.00 |

{} Asset reference(s)

Printed: 02/25/2018 12:15 PM   V.13.32